IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL LYNN BRADDEN, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL NO. 2:16-CV-397 |
| | § | |
| JOSHUSA B BOYER, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

The Court has received Plaintiff's civil-rights complaint (Dkt. No. 1), his application to proceed *in forma pauperis* (Dkt. No. 2), the Memorandum and Recommendation ("M&R") of the Magistrate Judge to whom this case was referred (Dkt. No. 7), and Plaintiff's objections to the M&R (Dkt. No. 8).

After independently reviewing the record and applicable law, the Court **ADOPTS** the M&R (Dkt. No. 7), **DENIES** Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 2), and **DISMISSES** the above-captioned case without prejudice. Final Judgment will be entered separately in accordance with Federal Rule of Civil Procedure 58.

Plaintiff may move to reinstate this action within thirty (30) days of the date of the entry of this Order, but only if the appropriate filing fee is paid simultaneously with the motion to reinstate.

SIGNED this 12th day of March, 2018.

_____
Hilda Tagle
Senior United States District Judge